No. 67867.—Michael Co. v. United States, protest 62/7584 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of steel knob head and ball head wood screws similar in all material respects to those the subject of Abstract 65893, the claim of the plaintiff was sustained.